UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

_____DIVISION

## CIVIL RIGHTS COMPLAINT FORM

## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS

## UNDER 28 U.S.C. $ 1331 OR $ 1346 OR 42 U.S.C. $ 1983

MR. RAYMOND L. PALYOK

MRS. JEAN M. PALYOK

vs.

CASE NO: 3:09cv77/MCR/EMT

Margret Woods_____,

Deidre Harrison_____,

Pamela Anderson_____,

Rebecca Williams_____,

Robert Allen_____,

James Crawford_____,

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.     PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Mr. Raymond L. Palyok

                     Mrs. Jean M. Palyok

Mailing address: 101 Tennessee Drive Lot D

*U.S. DIST. CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
09 FEB 27 PM 1: 56
FILED*

Pensacola, Florida 32505

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of

(1)  Defendant's name: Margret Woods

Official position: CPS Caseworker

Employed at: Children's and Families

Mailing address: 160 Governmental Ctr., Suite 401

Pensacola, Florida 32502-5734

(2)  Defendant's name: Pamela Anderson

Official position: CPS Caseworker

Employed at: Children's and Families

Mailing address: 160 Governmental Ctr., Suite 401

Pensacola, Florida 32502-5734

(3)  Defendant's name: Deidre Harrison

Official position: CPS Caseworker

Employed at: Children's and Families

Mailing address: 160 Governmental Ctr., Suite 401

Pensacola, Florida 32502-5734

(4)  Defendant's name: Robert Allen

Official position: Defendant Lawyer

Employed at: _____

Mailing address: _____

(5) Defendant's name: <u>James Crawford</u>

Official position: <u>Defendant Lawyer</u>

Employed at: _____

Mailing address: _____

_____

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

<u>Margret Woods-1998 & Pamela Anderson, came into home (Hotel) without police or warrant, had watching children. Used our Disabilities against us threw out the case. Not allowing to have parents have own people question our kids when parents asked.</u>

<u>Deidre Harrison- Same as above plus- (except the Hotel).</u>

<u>Rebecca Williams-Used our Disabilities against us, made deals never stuck to them, wouldn't let us be a part of _____.</u>

<u>Lawyers- Both Lawyers let Department of Children and Families make deals, not forcing them to stick to the deals made. Let them lie in court, not showing Evidence to prove our side, no witnesses not letting us talk during the 1st trial.</u>

<u>Judge- Not letting parents talk in court when there's a problem with Lawyers, not allowing for new Lawyers.</u>

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United states you claim have been violated Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

#1 – Title 42> Chapter 21> Subchapter1> 1981 Equal Rights under the Law

#2 – Amendment 1 (Religion, Speech, Press & Assembly)

#3 – Amendment IV (Search and Seizure)

#4 – Amendment VI (Right to confront & to counsel)

#5 – Disabilities act of 1978 &1990

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

The trial to be thrown out, and Parental Rights be restored, also the return of the children, but if not return of children then case back into courts.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Feb 27-09
(Date)

Jean Palyok
(Signature of Plaintiff)