## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## PENSACOLA DIVISION

## CIVIL RIGHTS COMPLAINT FORM

## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS

## UNDER 28 U.S.C. $ 1331 OR $ 1346 OR 42 U.S.C. $ 1983

MR. RAYMOND L. PALYOK

MRS. JEAN M. PALYOK

vs.                                                    CASE NO: 3:09cv77/MCR/EMT

Margret Woods _____,

Deidre Harrison _____,

Pamela Anderson _____,

Rebecca Williams _____,

Robert Allen _____,

James Crawford _____,

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

### I.    PLAINTIFF:

State your full name and full mailing address in the lines below.

Name of Plaintiff:  Mr. Raymond L. Palyok

                   Mrs. Jean M. Palyok

Mailing address:  P.O. Box33

Filed0701*09UsDcFin3PM0200
Ⅺ

Franklin Furnace, Ohio 45629

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of

(1)    Defendant's name: Margret Woods

   Official position:    CPS Caseworker

   Employed at:    Children's and Families

   Mailing address:    160 Governmental Ctr., Suite 401

                              Pensacola, Florida 32502-5734

(2)    Defendant's name:    Pamela Anderson

   Official position:    CPS Caseworker

   Employed at:    Children's and Families

   Mailing address:    160 Governmental Ctr., Suite 401

                              Pensacola, Florida 32502-5734

(3)    Defendant's name:    Deidre Harrison

   Official position:    CPS Caseworker

   Employed at:    Children's and Families

   Mailing address:    160 Governmental Ctr., Suite 401

                              Pensacola, Florida 32502-5734

(4)    Defendant's name:    Robert Allen

   Official position:    Defendant Lawyer

   Employed at:    Law Offices of McKenzie and Allen

   Mailing address:    376 W. Chase Street
                              Pensacola, Florida 32502

(5)      Defendant's name:      James Crawford

         Official position:      Defendant Lawyer

         Employed at:      Northwest Florida Legal Services

         Mailing address:      701 South J Street

                                  Pensacola, Florida 32501


(6)      Defendant's name:      Judge Pardham

         Official position:      Judge

         Employed at:      Retired

         Mailing address:      1800 Saint Mary Ave

                                  Pensacola, Florida 32501

(7)      Defendant's name:      Judge Ross Goodwin

         Official position:      Judge

         Employed at:      Juvial Court House

         Mailing address:      1800 Saint Mary Ave

                                  Pensacola, Florida 32501


## III.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately

numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Margret Woods:

1. Amendment IV, Summer 1999, around 10-2pm trailer park.
   A) Caseworker with partner entered trailer home while Mrs. Jean M. Palyok was packing to move. Told plantiff to go to back of trailer forced to strip and shower in front of caseworkers. Because of my mental disability I thought I had to do what they said because they said they take my children.
   B) September 1st, 1999, between the hours of 11am and 3pm (Motel Room), Caseworkers entered motel room that plantiffs and children were living without a court order or police. There was an adult in the room babysitting they took the kids without cause.

2. Amendment VI, November 15th through Noverber 18th, 2004.
   A) Caseworkers wouldn't allow children to be questioned or in reguards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.

## Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans

when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

Diedra Harrison:

1. Amendment IV, Summer 1999, around 10-2pm trailer park.
   A) Caseworker with partner entered trailer home while Mrs. Jean M. Palyok was packing to move. Told plantiff to go to back of trailer forced to strip and shower in front of caseworkers. Because of my mental disability I thought I had to do what they said because they said they take my children.
   B) September 1st, 1999, between the hours of 11am and 3pm (Motel Room), Caseworkers entered motel room that plantiffs and children were living without a court order or police. There was an adult in the room babysitting they took the kids without cause.
2. Amendment VI, November 15th through Noverber 18th, 2004.
   A) Caseworkers wouldn't allow children to be questioned or in requards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.


## Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

Pamela Anderson:

1. Amendment VI, November 15th through Noverber 18th, 2004.
    A) Caseworkers wouldn't allow children to be questioned or in reguards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.


### Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we

thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

Rebbecca Williams:

1. Amendment VI, November 15th through Noverber 18th, 2004.
    A) Caseworkers wouldn't allow children to be questioned or in requards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.

Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what

we where being told and there was no reason for them to keep our kids from us except our low IQ's.

Robert Allen:

1. Amendment VI, November 15th through Noverber 18th, 2004.
   A) Caseworkers wouldn't allow children to be questioned or in reguards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.

   B) Mr. Robert Allen, failed to file appeal papers after plaintiff asked Lawyer before May, 2007, trial and again if they lost the case. Place, Court Hearings, Time: throughout cases of November 15th, through 18th, 2004, and May of 2007, Mr. Robert Allen wouldn't work on getting the children questioned by plantiff's theraphist or have them questioned during 2004 and 2007 termination of parental rights trial.

2. Amendment VI: Throughout case history, enforce orders, deals, made with caseworkers not having plantiff's testify or witness testify.

3. Amendment 1: Mr. Robert Allen, not allowing the plantiff, Mr. Raymond L. Palyok to talk or testify during the trial of November 15th, through 18th, 2004.

4. Amendment VI: Throughout case of November 15th, through 18th, 2004 and after trial plantiff's didn't have effective counsel to May 14th, have proper defence.

## Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

James Crawford:

1. Amendment VI, November 15th through Noverber 18th, 2004.
   A) Caseworkers wouldn't allow children to be questioned or in requards to any child abuse to them or to chairity any of the charges against parents, that would have proven the parents innocents.

   B) Mr. James Crawford, failed to file appeal papers after plaintiff asked Lawyer before May, 2007, trial and again if they lost the case. Place, Court Hearings, Time: throughout cases of November 15th, through 18th, 2004, and May of 2007.
   C) Mr. James Crawford wouldn't work on getting the children questioned by plantiff's theraphist or have them questioned during 2004 and 2007 termination of parental rights trial.
2. Amendment VI: Throughout case history, enforce orders, deals, made with caseworkers not having plantiff's testify or witness testify.
3. Amendment 1: Mr. James Crawford, not allowing the plantiff, Mrs. Jean M. Palyok to talk or testify during the trial of November 15th, through 18th, 2004.
4. Amendment VI: Throughout case of November 15th, through 18th, 2004 and after trial plantiff's didn't have effective counsel to May 14th, have proper defence.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

Judge Ross Goodwin:

1. Amendment VI, 2007 Last 2 court hearings and May 14th, 2007, trial; plaintiff's didn't have effective counsel for proper defence.
2. Amendment 1, Wouldn't allow us to talk to handle problem with our Lawyers.

## Disabilities Act of 1978 and 1990

I feel like because of our mental compasity disabilities act of 1978 and 1990 was violated because my husband and I didn't comprehend the agreements and deals the Lawyers was making with state Lawyers, Judge and caseworkers.

Our Lawyers didn't explain what we where saying and agreeing to. When the Judge asked if we agreed and understood what we agreeing to and we said yes because we thought we had to because it was the Law. I'm boarderline retarded and my husband has a low IQ.

This kind of mulipulation began in 1999 when I was forced to shower in front of the caseworker and continued until our rights where taken in 2007. We complied with them because we thought it was the Law. In Summery we did what was asked of us we complied to case plans when done we were given more case plans to do. With the promise each time we would get

our kids back because of our mental compasity they never planned to give us our children back. We had done many case plans over the years and never given our children. We believed what we where being told and there was no reason for them to keep our kids from us except our low IQ's.

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United states you claim have been violated Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

#1 – Title 42> Chapter 21> Subchapter1> 1981 Equal Rights under the Law

#2 – Amendment 1 (Religion, Speech, Press & Assembly)

#3 – Amendment IV (Search and Seizure)

#4 – Amendment VI (Right to confront & to counsel)

#5 – Disabilities act of 1978 &1990

## V. RELIEF REQUESTED: