**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RAYMOND L. PALYOK, et al.,

    Plaintiffs,

vs.                                       Case No. 3:09cv77/MCR/EMT

MARGARET WOODS, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 2, 2009. (Doc. 21). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

    **DONE AND ORDERED** this 5th day of January, 2010.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**